IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS LEE,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 18-05332 |

## **ORDER**

**AND NOW**, this 14th day of June, 2019, after consideration of Plaintiff's Motion for Reconsideration, (ECF No. 12), and Second Motion to Stay Proceedings, (ECF No. 19), it is hereby **ORDERED** that the Motions are **DENIED**.

                                              BY THE COURT:

                                              ***/s/ Gerald J. Pappert***
                                              GERALD J. PAPPERT, J.