IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CURTIS LEE,

    *Plaintiff,*

v.

CITY OF PHILADELPHIA, *et al.*,

    *Defendants.*

CIVIL ACTION
NO. 18-05332

## ORDER

**AND NOW**, this 27th day of June, 2019, after consideration of Defendants' Motion for Judgment on the Pleadings, (ECF No. 20), and Plaintiff's Response, (ECF No. 23), it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**.

1. Counts II, V, VI, VII, XIII, XIV for claims of malicious prosecution, false arrest, and false imprisonment under § 1983 are **DISMISSED without prejudice** against all defendants;

2. Count IV for claims of state law malicious prosecution and false arrest is **DISMISSED without prejudice** against all defendants;

3. Counts I, II, III, IV, V, VI, IX, XII, XIII, XVIII against Com. Ross are **DISMISSED without prejudice**;

4. Counts I, II, V, VI, IX, XVIII for federal claims against the City are **DISMISSED without prejudice**;

5. Counts III, IV, XII, XIII, XVIII for state law claims against the City are **DISMISSED with prejudice**;

6. All claims against the individual defendants in their official capacities (Counts VII, VIII, IX, XI, XII) and the Philadelphia Police Department are **DISMISSED with prejudice**;

7. Counts X, XI, XV, XVI, and XVII are **DISMISSED with prejudice** against all defendants as duplicative of, or encompassed in, other counts;

8. The Motion is **DENIED** with respect to claims against Officers Killman, Hunter, Rebstock, Sulock, Schweizer, Maminski, Hamoy and Ryan, and Sgt. Woods for failure to intervene under § 1983 (Counts I and II);

9. Lee has until **July 19, 2019** to file an Amended Complaint.

10. The current Scheduling Order, (ECF No. 11), is vacated. The Court will issue a separate scheduling order after July 19, 2019.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.