# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## CASE INFORMATION

Judge Assigned: McCaffery, Daniel D.
Date Filed: 07/18/2016
Initiation Date: 07/18/2016
OTN: U 038403-1
LOTN:
Originating Docket No: MC-51-CR-0016145-2016
Initial Issuing Authority: Jacquelyn Frazier-Lyde
Final Issuing Authority:
Arresting Agency: Philadelphia Pd
Arresting Officer: Killman, Robert A.
Complaint/Incident #: 1624053782-0016145

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Originating Docket Number | MC-51-CR-0016145-2016 |
| District Control Number | 1624053782 |
| Originating Document Number | 1624053782-0016145 |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-51-MD-0002176-2017 | In Re: JOHNSON, RILEY | CP-01-51-Crim | Related |

## STATUS INFORMATION

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

Case Status: Closed

Arrest Date: 06/03/2016

| Status Date | Processing Status |
|---|---|
| 03/25/2019 | Awaiting PCRA Decision |
| 08/03/2018 | Completed |
| 07/27/2018 | Awaiting Post Sentence Motion Hearing Disposition |
| 07/20/2018 | Sentenced/Penalty Imposed |
| 05/31/2018 | Awaiting PSI |
| 05/31/2018 | Awaiting Sentencing |
| 05/24/2018 | Awaiting PSI |
| 05/24/2018 | Awaiting Sentencing |
| 04/20/2018 | Awaiting PSI |
| 04/20/2018 | Awaiting Sentencing |
| 02/14/2018 | Awaiting PSI |
| 02/14/2018 | Awaiting Sentencing |
| 02/09/2018 | Awaiting PSI |
| 02/09/2018 | Awaiting Sentencing |
| 12/21/2017 | Awaiting PSI |
| 12/21/2017 | Awaiting Sentencing |
| 11/17/2017 | Awaiting PSI |
| 11/17/2017 | Awaiting Sentencing |
| 09/08/2017 | Awaiting PSI |
| 09/08/2017 | Awaiting Sentencing |
| 09/08/2017 | Awaiting Mental Health Evaluation |
| 08/25/2017 | Awaiting PSI |
| 08/25/2017 | Awaiting Sentencing |
| 06/08/2017 | Awaiting PSI |
| 06/08/2017 | Awaiting Sentencing |
| 10/27/2016 | Awaiting Trial |
| 07/29/2016 | Awaiting Pre-Trial Conference |
| 07/21/2016 | Awaiting Formal Arraignment |
| 07/18/2016 | Awaiting Filing of Information |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 07/29/2016 | 11:00 am | 1104 | Vincent G. Petri | Scheduled |
| Pre-Trial Conference | 08/17/2016 | 9:00 am | 905 | Judge Scott DiClaudio | Scheduled |
| Pretrial Bring Back | 09/14/2016 | 9:00 am | 905 | Judge Scott DiClaudio | Scheduled |
| Scheduling Conference | 10/27/2016 | 9:00 am | 602 | Judge Daniel D. McCaffery | Scheduled |
| Trial | 02/13/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Trial | 04/17/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Trial | 06/08/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Scheduled |
| Sentencing | 08/25/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 09/08/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Add-On/Psychiatric Evaluation | 10/20/2017 | 8:30 am | Mental Health Clinic | | Scheduled |
| Sentencing | 11/17/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 12/21/2017 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 02/08/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 02/14/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 04/20/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 05/24/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 05/31/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| Sentencing | 07/20/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Scheduled |
| Scheduling Conference | 08/03/2018 | 9:00 am | 602 | Judge Daniel D. McCaffery | Scheduled |
| PCRA | 05/14/2019 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| PCRA | 07/23/2019 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| PCRA | 08/22/2019 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| PCRA | 09/06/2019 | 9:00 am | 602 | Judge Daniel D. McCaffery | Continued |
| PCRA | 10/04/2019 | 9:00 am | 602 | Judge Daniel D. McCaffery | Scheduled |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 10/10/2018 | DOC Confined | SCI Phoenix | | Yes |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## DEFENDANT INFORMATION

Date Of Birth: 01/25/1968 City/State/Zip: Philadelphia, PA 19134

Alias Name
Ackeridge, Steven
Ackridge, Curtis
Ackridge, Steven
JOHNSON, RILEY

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Lee, Curtis |

## BAIL INFORMATION

**Lee, Curtis** **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 06/03/2016 | Monetary | 10.00% | $5,000.00 | | |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F | **35 § 780-113 §§ A30** | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | 06/02/2016 | U 038403-1 |
| 2 | 2 | F | **18 § 903** | Conspiracy - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | 06/02/2016 | U 038403-1 |
| 3 | 3 | M | **35 § 780-113 §§ A16** | Int Poss Contr Subst By Per Not Reg | 06/02/2016 | U 038403-1 |

## DISPOSITION SENTENCING/PENALTIES

| Disposition<br>Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period | Final Disposition<br>Grade<br>Credit For Time Served<br>Start Date | Section |
|---|---|---|---|
| **Lower Court Proceeding (generic)** | | | |
| Preliminary Hearing | 07/15/2016 | Not Final | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court | F | 35 § 780-113 §§ A30 |
| 2 / Conspiracy - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court | F | 18 § 903 |
| 3 / Int Poss Contr Subst By Per Not Reg | Held for Court | M | 35 § 780-113 §§ A16 |

**Proceed to Court** Defendant Was Not Present

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

**DOCKET**

**Docket Number: CP-51-CR-0006869-2016**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

**DISPOSITION SENTENCING/PENALTIES**

| Disposition / Case Event / Sequence/Description / Sentencing Judge / Sentence/Diversion Program Type / Sentence Conditions | Disposition Date / Offense Disposition / Sentence Date / Incarceration/Diversionary Period | Final Disposition / Grade / Credit For Time Served / Start Date | Section |
|---|---|---|---|
| Information Filed | 07/21/2016 | Not Final | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court | F | 35 § 780-113 §§ A30 |
| 2 / Conspiracy - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court | F | 18 § 903 |
| 3 / Int Poss Contr Subst By Per Not Reg | Held for Court | M | 35 § 780-113 §§ A16 |
| **Guilty** | | | |
| Trial | 06/08/2017 | Final Disposition | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Guilty | F | 35 § 780-113 §§ A30 |
| McCaffery, Daniel D. | 07/20/2018 | | |
| Confinement | Min of 2.00 Years<br>Max of 5.00 Years<br>2 - 5 years | 07/20/2018 | |
| Credit to be calculated by the Phila. Prison System | | | |
| Probation | Max of 5.00 Years<br>5 years | 07/20/2018 | |
| 2 / Conspiracy - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Guilty | F | 18 § 903 |
| McCaffery, Daniel D. | 07/20/2018 | | |
| Confinement | Min of 2.00 Years<br>Max of 5.00 Years<br>2 - 5 years | 07/20/2018 | |
| Credit to be calculated by the Phila. Prison System | | | |
| Probation | Max of 5.00 Years<br>5 years | 07/20/2018 | |
| 3 / Int Poss Contr Subst By Per Not Reg | Guilty | M | 35 § 780-113 §§ A16 |
| McCaffery, Daniel D. | 07/20/2018 | | |
| No Further Penalty | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRITICAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

**LINKED SENTENCES:**

**Link 3**

- Link 1 is Concurrent with
- Link 2

**Link 1**

CP-51-CR-0006869-2016 - Seq. No. 1 (35§ 780-113 §§ A30) - Probation is Consecutive to

CP-51-CR-0006869-2016 - Seq. No. 1 (35§ 780-113 §§ A30) - Confinement

**Link 2**

CP-51-CR-0006869-2016 - Seq. No. 2 (35§ 780-113 §§ A30) - Probation is Consecutive to

CP-51-CR-0006869-2016 - Seq. No. 2 (35§ 780-113 §§ A30) - Confinement

### COMMONWEALTH INFORMATION

Name: Philadelphia County District Attorney's Office
Prosecutor

Supreme Court No:

Phone Number(s):
215-686-8000 (Phone)

Address:
3 South Penn Square
Philadelphia, PA 19107

### ATTORNEY INFORMATION

Name: Rania Maria Major Trunfio
Private

Supreme Court No: 051298

Rep. Status: Active

Phone Number(s):
215-291-5009 (Phone)

Address:
2915 N 5TH St
Philadelphia, PA 19133-2802

Representing: Lee, Curtis

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/18/2016 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 1 | 07/21/2016 | | Williams, R Seth |
| Information Filed | | | |
| 3 | 07/29/2016 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 08/17/2016 | | DiClaudio, Scott |

Order Granting Motion for Continuance

Defendant In Custody.
Defense Request.
Defense Request For Further Investigation.
Next Court Date:9/14/16 Room 905

Hon Scott DiClaudio
ADA:Katie Brown
Defense Attorney:Daniel Conner
DRT:Tabitha Abney
Court Clerk:Shante Fleet

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 09/14/2016 | | DiClaudio, Scott |

Order Granting Motion for Continuance

Defendant In Custody.
Offer Rejected.
List For Scheduling Trial.
Defense Request For Jury Demand.
List For Scheulding Conference.
Next Court Date:10/27/16 Room 602

Hon Scott DiClaudio
ADA:Katie Brown
Defense Attonrey:Daniel Conner
DRT:Tabitha Abney
Court Clerk:Shante Fleet

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 10/27/2016 | | McCaffery, Daniel D. |

Order Granting Motion for Continuance

Discovery complete, no motions, continued 2-13-17 Rm 602 jury trial
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Karen Shevelev Ada: Danielle Walsh Atty: Daniel Conner

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/14/2016 | | Lee, Curtis |

Motion for New Counsel

Motion for New Counsel filed on behalf of *.

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/13/2017 | | McCaffery, Daniel D. |

Defense Request For Continuance To Retain Counsel

Defense request, Atty Dolfman enters, must be tried defense 4-17-17 Rm 602
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Nicole DeNofa Ada: Chris Taylor Atty: Doug Dolfman

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 6 | 02/13/2017 | | Dolfman, Douglas Lee |

Entry of Appearance

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 04/17/2017 | | McCaffery, Daniel D. |

Defense Advance Request For Continuance

Advance defense request, further investigation, discovery complete, no motion time ruled excludable, continued 6-8-17 Rm 602
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Karen Shevel ADA: Joe Auddino Atty: Douglas Dolfman

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 06/08/2017 | | McCaffery, Daniel D. |

Guilty

Sentence deferred for presentence reports 8-25-17 Rm 602. Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Theresa Valentino Ada: Bob Foster PD: Liz Tierney

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 06/08/2017 | | Feder, Eric |

DL-21D to be Prepared

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/21/2017 | | Philadelphia County Office of Judicial Records |

Full Docket Sheet Sent to Inmate

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/09/2017 | | Lee, Curtis |

Motion for New Counsel

Motion for New Counsel filed on behalf of *.

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/17/2017 | | Lee, Curtis |

Motion for Recusal

Motion for Recusal filed on behalf of *.

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 08/17/2017 | | Lee, Curtis |

Miscellaneous Motion Filed

Motion To Recuse Trial Judge Once Transcripts Become Available To Defendant.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/25/2017 | | McCaffery, Daniel D. |

Sentence Further Deferred Defense Request

Sentence further deferred 9-8-17 Rm 602, attorney unavailable, rule 704 waived, Detainer to Remain

Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Monica Meehan Ada: Bob Foster Atty: Douglas Dolfman

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/08/2017 | | McCaffery, Daniel D. |

Mental Health Evaluation Ordered

Judge D McCaffery orders a Forthwith Mental Health Evaluation for Competancy, sentence further deferred 11-17-17 Rm 602.
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Monica Meehan ADA: Bob Foster Atty: Doug Dolfman

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/22/2017 | | Lee, Curtis |

Motion for Recusal

Motion for Recusal filed on behalf of *.

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/29/2017 | | Philadelphia County Office of Judicial Records |

Pro Se Correspondence

Mr. Lee received receipt of his Removal of Counsel Motion upon written request. An updated docket sheet was also sent.

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/17/2017 | | McCaffery, Daniel D. |

Order Committing Defendant under the Mental Health Act

Defendant Incompetent. And now, to wit, on 11-17-17, Judge D McCaffery, hereby Order and Decree that the above defendant be committed to { Detention Center Forensic Unit } under Section 304 VIA 402(b) of the Mental Health Procedures Act of 1976 for a period of 30 days. Hospital to submit report before next court date, 12-21-17 Rm 602.
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Dana Foschini ADA: Mike Manara Atty: Doug Dolfman

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/12/2017 | | Lee, Curtis |

Case Correspondence

Motion for Rule 607 of the Pennsylvania Rules of Criminal Procedure entitled: Challenges to the Weight of Evidence

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 12/21/2017 | | McCaffery, Daniel D. |

Order Committing Defendant under the Mental Health Act

Defendant Incompetent. And now, to wit, on 12-21-17, Judge D McCaffery, hereby Order and Decree that the above defendant be committed to { Detention Center Forensic Unit } under Section 304 VIA 405 of the Mental Health Procedures Act of 1976 for a period of 30 days. Hospital to submit report before next court date, 2/8/18 Rm 602.

Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Dana Foschini ADA: Mike Manara Atty: Doug Dolfman

---

| 1 | 01/02/2018 | | Philadelphia County Office of Judicial Records |
|---|---|---|---|

Pro Se Correspondence

Newly Amended Motion/Revised Motion RUle 607 Weight of Evidence.

---

| 1 | 01/09/2018 | | Lee, Curtis |
|---|---|---|---|

Case Correspondence

Amended and Revised January 1, 2018 Motion for Rule 607 of the Pennsylvania Rules of Criminal Procedure entitled: Challenges to the Weight of Evidence

---

| 1 | 01/31/2018 | | Lee, Curtis |
|---|---|---|---|

Motion for New Trial

---

| 4 | 02/14/2018 | | McCaffery, Daniel D. |
|---|---|---|---|

Sentence Further Deferred Defense Request

Defense request, sentence futher deferred, continued 4-20-18 Rm 602 for status of mental health
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Dana Foschini Ada: Clint Orem Atty: Doug Dolfman

---

| 1 | 03/12/2018 | | Lee, Curtis |
|---|---|---|---|

Motion in Arrest of Judgment

---

| 1 | 04/20/2018 | | McCaffery, Daniel D. |
|---|---|---|---|

Sentence Further Deferred Defense Request

Advance defense request, sentence further deferred, atty to withdraw from case, next court date 5-24-18 Rm 602
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Karen M. Shevelev Ada: Clint Orem Atty: Doug Dolfman

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 05/24/2018 | | McCaffery, Daniel D. |

Sentence Further Deferred Court Request

Court on trial , sentence further deferred 5-31-18 Rm 602

Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Mary D'Alessandro Ada: Clint Orem Atty: Douglas Dolfman

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/31/2018 | | McCaffery, Daniel D. |

Order Committing Defendant under the Mental Health Act

Atty Rania Major enters. Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Danielle Gleason Ada: Clint Orem Atty: Rania Major

Defendant Incompetent. And now, to wit, on 5-31-18, Judge D McCaffery, hereby Order and Decree that the above defendant be committed to { Detention Center Forensic Unit } under Section 304 VIA 402(b) of the Mental Health Procedures Act of 1976 for a period of 30 days. Hospital to submit report before next court date, 7-20-18 Rm 602.

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/10/2018 | | Lee, Curtis |

Motion for New Trial

Motion for New Trial filed on behalf of *.

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/20/2018 | | McCaffery, Daniel D. |

Order - Sentence/Penalty Imposed

Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Dana Marie Foschini Ada: Drew Blacker Atty: Rania Trunfio

Judge McCaffery sentences the defendant to 2 yrs. to 5 yrs. in a state correctional facility followed by 5 yrs. state probation.

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 07/20/2018 | | Court of Common Pleas - Philadelphia County |

Penalty Assessed

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 07/20/2018 | | Feder, Eric |

DL-21D was prepared

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/23/2018 | | Unknown Filer |

DL-21D Sent to PennDOT

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/27/2018 | | Major Trunfio, Rania Maria |

Post-Verdict Motion

Post-Verdict Motion filed on behalf of Lee, Curtis.

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

Docket Number: CP-51-CR-0006869-2016

**CRIMINAL DOCKET**

Court Case

Commonwealth of Pennsylvania
v.
Curtis Lee

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 07/27/2018 | | Major Trunfio, Rania Maria |

Confidential Information Form/Documents
Post-Verdict Motion filed on behalf of Lee, Curtis.

| | | | |
|---|---|---|---|
| 3 | 07/27/2018 | | Major Trunfio, Rania Maria |

Motion for Reconsideration of Sentence
Motion for Reconsideration of Sentence filed on behalf of Lee, Curtis.

| | | | |
|---|---|---|---|
| 4 | 07/27/2018 | | Major Trunfio, Rania Maria |

Confidential Information Form/Documents
Motion for Reconsideration of Sentence filed on behalf of Lee, Curtis.

| | | | |
|---|---|---|---|
| 1 | 08/03/2018 | | McCaffery, Daniel D. |

Order Denying Post-Sentence Motion

POST SENTENCE MOTIONS
DENIED WITHOUT HEARING BY ORDER OF THE COURT
COUNSEL UNAVAILABLE FOR HEARING

HON.D.McCAFFERY; ADA:D.BLACKER; ATTY:R,MAJOR; STENO:M.POSTIGLIONE; CRT.CLERK:D.BROOKS

| | | | |
|---|---|---|---|
| 1 | 08/06/2018 | | McCaffery, Daniel D. |

Order Denying Post-Verdict Motion

AND NOW, this 6th day of August, 2018, it is hereby ORDERED and DECREED that the Defendant's Motion for Reconsideration of Verdict and Sentencing is hereby DENIED.

| | | | |
|---|---|---|---|
| 1 | 09/19/2018 | | Allen, Jacqueline F. |

Entry of Civil Judgment

| | | | |
|---|---|---|---|
| 1 | 03/25/2019 | | Major Trunfio, Rania Maria |

Post-Conviction Relief Act Petition Filed
Post-Conviction Relief Act Petition Filed on behalf of Lee, Curtis.

| | | | |
|---|---|---|---|
| 1 | 05/14/2019 | | McCaffery, Daniel D. |

Order Granting Motion for Continuance

PCRA continued for Commonwealth Response 7-23-19 Rm 602
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Karen Shevelev Ada: Mark Burgmann Atty: Rania Trunfio

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/22/2019 | | Philadelphia County District Attorney's Office |

Commonwealth Motion to Dismiss PCRA Petition

Commonwealth Motion to Dismiss PCRA Petition filed on behalf of Commonwealth Of Pennsylvania.

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/23/2019 | | McCaffery, Daniel D. |

Order Granting Motion for Continuance

PCRA continued 8-22-19 Rm 602 for Defense Response.
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Monica Rowan Ada: Alison Guest Atty: Rania Major Trunfio

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 08/22/2019 | | McCaffery, Daniel D. |

PCRA Continued For Further Filings By Defense

Defense request, PCRA continued for defense filings, next court date 9-6-19 Rm 602
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Monica Rowan Ada: Cole Stevens Atty: Rania Trunfio

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/06/2019 | | McCaffery, Daniel D. |

Order Granting Motion for Continuance

Defense request, Defense attorney to submit brief, PCRA continued 10-4-19 Rm 602 for Court's decision
Judge: Daniel McCaffery Court Clerk: Johnny Wyche Steno: Monica Rowan Ada: Shayna Gannone Atty: Rania Trunfio

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0006869-2016**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Curtis Lee

## CASE FINANCIAL INFORMATION

Last Payment Date: 08/26/2019 | Total of Last Payment: -$25.04

| **Lee, Curtis** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| ATJ | $4.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Booking Center Fee (Philadelphia) | $175.00 | $0.00 | $0.00 | $0.00 | $175.00 |
| CJES | $2.25 | ($2.25) | $0.00 | $0.00 | $0.00 |
| CQS Fee Felony (Philadelphia) | $100.00 | ($4.01) | $0.00 | $0.00 | $95.99 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $20.50 | $0.00 | $0.00 | $0.00 | $20.50 |
| County Court Cost (Act 204 of 1976) | $29.85 | $0.00 | $0.00 | $0.00 | $29.85 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | ($35.00) | $0.00 | $0.00 | $0.00 |
| Criminal Lab Fee (Philadelphia) | $135.00 | ($5.41) | $0.00 | $0.00 | $129.59 |
| DNA Detection Fund (Act 185-2004) | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $21.25 | ($21.25) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $13.65 | $0.00 | $0.00 | $0.00 | $13.65 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | ($25.00) | $0.00 | $0.00 | $0.00 |
| Motion Filing Fee (Philadelphia) | $12.50 | ($12.50) | $0.00 | $0.00 | $0.00 |
| Motion Filing Fee (Philadelphia) | $12.50 | ($12.50) | $0.00 | $0.00 | $0.00 |
| Civil Judgment/Lien (Philadelphia) | $100.69 | $0.00 | $0.00 | $0.00 | $100.69 |
| Filing Fee (Philadelphia) | $12.50 | ($12.50) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $972.69 | ($142.42) | $0.00 | $0.00 | $830.27 |
| Grand Totals: | $972.69 | ($142.42) | $0.00 | $0.00 | $830.27 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.