IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS LEE, *Plaintiff,* v. CITY OF PHILADELPHIA, *et al.*, *Defendants.* | CIVIL ACTION NO. 18-05332 |

### ORDER

**AND NOW**, this 14th day of August 2023, after a telephone conference with the parties and upon being informed that the Plaintiff Curtis Lee recently passed away, counsel for the Plaintiff may file a second amended complaint on or before December 12, 2023, with the proper party Plaintiff against Philadelphia Police Officers Vandermay and Killman asserting claims consistent with the Court's November 13, 2019 Order (ECF 41).

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.