IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ACKRIDGE, Administratix of the Estate of Curtis Lee, | Civil Action |
| Plaintiff | |
| v. | NO: 18-5332 |
| POLICEOFFICER DONALD VANDERMAY and POLICE OFFICER ROBERT KILLMAN | |
| Defendants | |

## STIPULATION OF DISMISSAL

On this day the 2nd day of August 2024, Plaintiff Administratix Ackridge and Defendant Police Officers Vandermay and Killman hereby stipulate, in keeping with this Court's order in ECF No. 41 and subsequent order in ECF. No. 65, that:

1. All individual Defendants are dismissed from the Second Amended Complaint (ECF No. 71 and henceforth called the "SAC") except for Police Officer Donald Vandermay and Police Officer Robert Killman.

2. All claims in Count I of the SAC are dismissed except for failure to intervene against Defendant Police Officer Killman and the excessive force claim against Defendant Police Officer Vandermay.

3. Counts II, III, IV, V, VI and VIII are dismissed from the SAC.

4. All claims for monetary relief under the Pennsylvania Constitution are dismissed from the SAC.

| | |
|---|---|
| **STANSHINE AND SIGAL**<br>/s/ *Martin Stanshine*<br>MARTIN STANSHINE<br>1528 WALNUT STREET<br>SUITE 700<br>PHILADELPHIA, PA 19102<br>martinstanshine@hotmail.com<br>*Attorney for Plaintiff*<br><br>Dated: August 2, 2024 | */s/ Derek Kane*<br>Derek Kane<br>Deputy City Solicitor<br>1515 Arch Street, 14th Floor<br>Philadelphia, PA 19102<br>derek.kane@phila.gov<br>*Attorney for Defendants*<br><br>Dated: August 2, 2024 |